1  LESLIE H. HELMER, CA Bar No. 150296
   leslie.helmer@ogletree.com
2  NARE AVAGYAN, CA Bar No. 292608
   nare.avagyan@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
5  Telephone: 213-239-9800
   Facsimile: 213-239-9045
6
7  Attorneys for Defendant
   WALGREEN CO.
8  David Angeloff (SBN 272929)
   david@stalwartlaw.com
9  Cindy Hickox (SBN 323016)
   cindy@stalwartlaw.com
10 Guillermo F. Barrantes (SBN 340936)
   guillermo@stalwartlaw.com
11 STALWART LAW GROUP, APC
   8752 Holloway Drive
12 West Hollywood, CA 90069
   Telephone: (310) 954-2000
13 Facsimile: (310) 943-0303
14 Attorneys for Plaintiff
   HECTOR CASTANEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASTANEDA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01148-JGB (SPx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: April 25, 2024<br>Trial Date: None<br>District Judge: Hon. Jesus G. Bernal<br>    Courtroom 1, Riverside<br>Magistrate Judge: Hon. Sheri Pym<br>    Courtroom 4, Riverside |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

1. The parties in the above-captioned action have reached agreement on the terms of a proposed settlement and are currently working on finalizing and executing a settlement agreement. A stipulation for dismissal with prejudice of the entire action will be filed within 60 days.

2. Plaintiff Hector Castaneda filed his Complaint on April 25, 2024, and the case was removed to federal court on May 31, 2024.

3. There is no current trial date. There is a Scheduling Conference set for August 26, 2024.

DATED: August 12, 2024                     STALWART LAW GROUP, APC

                                           By: /s/ Cindy Hickox
                                           David Angeloff
                                           Cindy Hickox
                                           Guillermo F. Barrantes

                                           Attorneys for Plaintiff
                                           HECTOR CASTANEDA

DATED: August 13, 2024                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                           By: /s/ Leslie H. Helmer
                                           Leslie H. Helmer
                                           Nare Avagyan

                                           Attorneys for Plaintiff
                                           HECTOR CASTANEDA