David Angeloff (SBN 272929)
david@stalwartlaw.com
Cindy Hickox (SBN 323016)
cindy@stalwartlaw.com
**STALWART LAW GROUP, APC**
8752 Holloway Drive
West Hollywood, CA 90069
Telephone: (310) 954-2000

Attorneys for Plaintiff HECTOR CASTANEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WALGREEN CO., et al.,<br><br>　　　　Defendants. | Case No.: 5:24-cv-01148-JGB-SP<br><br>*Assigned to Hon. Jesus G. Bernal*<br>*Dept: Courtroom 1*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 25, 2024<br>Trial Date: Not set. |

1  The parties to this action, acting through counsel, and pursuant to Federal
2  Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a
3  negotiated settlement executed by them, to the Dismissal With Prejudice of this
4  action, including all claims stated herein against all parties, with each party to bear
5  its own attorney's fees and costs.

Dated:  September 10, 2024         STALWART LAW GROUP, APC

By: /s/ David Angeloff
DAVID ANGELOFF
CINDY HICKOX
Attorneys for Plaintiff,

HECTOR CASTANEDA

Dated:  September 10, 2024         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Leslie Helmer
LESLIE HELMER
NARE AVAGYAN
VANESSA GUTIERREZ
Attorneys for Defendant,

WALGREEN CO.

2
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE