David Angeloff (SBN 272929)
david@stalwartlaw.com
Cindy Hickox (SBN 323016)
cindy@stalwartlaw.com
**STALWART LAW GROUP, APC**
8752 Holloway Drive
West Hollywood, CA 90069
Telephone: (310) 954-2000

Attorneys for Plaintiff HECTOR CASTANEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASTANEDA,<br><br>    Plaintiff,<br><br>vs.<br><br>WALGREEN CO., et al.,<br><br>    Defendants. | Case No.: 5:24-cv-01148-JGB-SP<br><br>*Assigned to Hon. Jesus G. Bernal*<br>*Dept: Courtroom 1*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 25, 2024<br>Trial Date: Not set. |

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: September 12, 2024

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT COURT